UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOSE RAMOS CARRILLO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | CIVIL NO. 1:25-cv-00459-EPG<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER<br><br>(ECF No. 12). |

　　　IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.  On remand, the Appeals Council will remand the case to an administrative law judge for a new decision. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

                                        Respectfully submitted,

DATE:  June 18, 2025　　　　　/s/ *Jonathan Omar Peña**
　　　　　　　　　　　　　　　　JONATHAN OMAR PEÑA
　　　　　　　　　　　　　　　　(* as authorized via e-mail on June 17, 2025)
　　　　　　　　　　　　　　　　Attorney for Plaintiff

　　　　　　　　　　　　　　　　MICHELE BECKWITH
　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　MATHEW W. PILE
　　　　　　　　　　　　　　　　Associate General Counsel
　　　　　　　　　　　　　　　　Office of Program Litigation, Office 7

DATE:  June 18, 2025　　　　　By: /s/ *Justin L. Martin*
　　　　　　　　　　　　　　　　JUSTIN L. MARTIN
　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　Office of Program Litigation, Office 7

　　　　　　　　　　　　　　　　Attorneys for Defendant

# ORDER

Based upon the parties' stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, (ECF No. 12), IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation. The Clerk of the Court is respectfully directed to enter a judgment in favor of Plaintiff and against Defendant.

**IT IS SO ORDERED.**

**DATED:** June 20, 2025          /s/ Erica P. Grosjean

**UNITED STATES MAGISTRATE JUDGE**